ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs
OSCAR GILBON

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| OSCAR GILBON, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>vs.<br><br>STRAITS SANTANA ROW, LLC dba STRAITS SANTANA, CHRISTOPHER YEO, and DOES 1 TO 10<br><br>Defendants | Case No.: C08-3820 JW<br><br>JURY DEMAND |

Plaintiff demands a trial by jury for causes of action alleged in their Complaint.

Dated: August 6, 2008              By:   /s/ ADAM WANG           .
                                          Attorney for Plaintiffs

1                                                              Case No.

**JURY DEMAND**
**Gilbon v. Straits Santana Row, LLC dba Straits Santana., et al.**