**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Oscar Gilbon, | NO. C 08-03820 JW |
|         Plaintiff,    v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Straits Santana Row, LLC, dba Straits Santana, et al., | |
|         Defendants.                    / | |

On June 29, 2009, the parties are scheduled to appear for a case management conference. Based on the parties joint submissions (Docket Item Nos. 17-18), the Court finds a case management conference unnecessary at this time.

Accordingly, the Court VACATES the June 29 case management conference. The parties are directed to adhere to the existing schedule with respect to class discovery and class certification. (Docket Item No. 16.) The Court will set a Preliminary Pretrial Conference date in its Order addressing Plaintiff's motion for class certification.

Dated: June 25, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Alex M. Cleghorn acleghorn@MinamiTamaki.com
Brad Yamauchi byamauchi@MinamiTamaki.com

**Dated:  June 25, 2009**                                **Richard W. Wieking, Clerk**

                                                         **By:     /s/ JW Chambers
                                                                   Elizabeth Garcia
                                                                   Courtroom Deputy**