```
ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Oscar Gilbon,<br>Plaintiff,<br>      vs.<br><br>Straits Santana Row, LLC, dba Straits Santana,<br>Christopher Yeo and Does 1-10<br>Defendants. | **Case No.:  C08-03820 JW**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER THEREON** |

Parties hereby stipulate and request this Court to dismiss this case with prejudice as follows:

    1.    Parties have reached a settlement in this case.

    2.    Parties hereby agree and stipulate to dismiss this case in its entirety with prejudice.

    Respectfully submitted,

Dated: March 4, 2010

                                                                                    By:     /s/Adam Wang
                                                                                         ADAM WANG
                                                                                         Attorney for Plaintiffs

Dated: March 4, 2010

                                                                                     By:     /s/ BRAD YAMAUCHI
                                                                                        BRAD YAMAUCHI
                                                                                        Attorney for Defendants

_____

STIPULATION FOR DISMISSAL

**[~~PROPOSED~~] ORDER**

Pursuant to parties' stipulation, IT IS SO ORDERED.

The Court terminates any remaining pending deadlines, hearings or motions.  The Clerk shall close this file.

Dated:  March  12 , 2010                    By:  _/s/ James Ware_
                                                James Ware
                                                US District Judge

STIPULATION FOR DISMISSAL